IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02031-MEH

DANENE YOKEUM,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2014.**

    The Unopposed Motion for Amendment of Scheduling Order Re: Time to File Rule 26(a)(2) Disclosures [filed March 17, 2014; docket # 22] is **granted in part and denied in part**. For good cause shown, paragraph 9 of the Scheduling Order in this case [docket # 19] shall be modified as follows:

| | |
|---|---|
| Deadline for both parties to file Rule 26(a)(2) Disclosures: | April 7, 2014 |
| Deadline for both parties to file rebuttal Rule 26(a)(2) Disclosures: | May 5, 2014 |

    The Court will grant no further extension of these deadlines absent a showing of exceptional cause. All other deadlines and conference dates remain in effect.