IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02031-MEH | Date:   April 10, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DANENE YOKEUM, | Gregory Chernushin |
| Plaintiff, | |
| vs. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | Rebecca Wagner |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:      10:53 a.m.**

Court calls case.   Appearances of counsel by telephone.

Argument and discussion held regarding Plaintiff's Second Motion for Amendment of Scheduling Order Re: Time to File Rule 26(a)(2) Disclosures (Doc. 24, filed 4/7/14).   Ms. Wagner states that Defendant has no objection to the motion.

**ORDERED:**   Plaintiff's Second Motion for Amendment of Scheduling Order Re: Time to File Rule 26(a)(2) Disclosures (Doc. 24, filed 4/7/14) is GRANTED as stated on the record.   Plaintiff's Rule 26(a)(2) Disclosures are due on or before **April 18, 2014**; Defendant's Rule 26(a)(2) Disclosures are due on or before **May 2, 2014.**

**Court in recess:      11:00 a.m.   (Hearing concluded)**
**Total time in court:**   0:07

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.