IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02031-MEH

DANENE YOKEUM,

     Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2014.**

The "Joint" (unopposed) Motion for Amendment of Scheduling Order Re: Time to Take Depositions [filed May 30, 2014; docket #28] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order in this case [docket # 19] shall be modified as follows:

Discovery cutoff:               July 1, 2014
Dispositive motions deadline:    July 15, 2014

All other deadlines and trial dates remain in effect.