IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 13-cv-02031-MEH

DANENE YOKEUM,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation for Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed July 25, 2014; docket #30]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 28th day of July, 2014.

                                                   BY THE COURT:

                                                   */s/ Michael E. Hegarty*

                                                   Michael E. Hegarty
                                                 United States Magistrate Judge